```
GAIL SHIFMAN
ATTORNEY AT LAW
44 Montgomery Street
Suite 3850
San Francisco, CA  94104
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ANTHONY JOSEF NORRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ANTHONY JOSEF NORRIS,<br><br>           Defendant. | Case No. CR 3-11-70588 MAG (JCS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING DATE |

   Plaintiff, by and through its attorney of record, Owen Martikan, and defendant, by and through his attorney of record, Gail Shifman, hereby stipulate and ask the Court to find as follows:

   1.  That the parties are currently scheduled for a preliminary hearing date of November 1, 2011 at 9:30 a.m.  The parties have been in discussions and believe that the case will resolve without proceeding to indictment.  To that end, the

parties are in the midst of negotiating a plea resolution to this case.

   2.   That the parties believe that a continuance of the preliminary hearing date will allow for further review of the discovery materials allowing the parties to finalize discussions to resolve the case.

   3.   That the parties request that the Court vacate the November 1, 2011 preliminary hearing date and continue it until November 9, 2011 at 9:30 a.m. before the duty Magistrate Judge, Joseph Spero.

   4.   That Defendant Norris has been advised of and consents to the extension of time for the preliminary hearing beyond the time limit contained in Federal Rules of Criminal Procedure 5.1(c).

   5.   That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that November 1, 2011 through November 9, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for


effective preparation of counsel, taking into account the exercise of due diligence.

Dated: October 31, 2011        _____/s/_____
                                Owen Martikan
                                Assistant United States Attorney

Dated: October 31, 2011        _____/s/_____
                                Gail Shifman
                                Attorney for Defendant Norris

## [~~PROPOSED~~] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

That the November 1, 2011 preliminary hearing date shall be vacated and continued until November 9, 2011 at 9:30 a.m. before the duty Magistrate Judge;

And, that the time from November 1, 2011 through November 9, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense time to review discovery and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

1 | **IT IS SO ORDERED.**

Dated: October 31, 2011

_____
United States Magistrate Judge
Joseph C. Spero