UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR11-70588-EDL |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL |
| vs. | |
| ANTHONY JOSEF NORRIS, | |
| Defendant. | |

This matter having come before the Court upon the motion of the Defendant and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to travel to Laguna Beach, California departing on November 23, 2011 and returning on November 27, 2011.  Defendant shall provide his itinerary to Pretrial Services including the telephone number and address where he will stay in Laguna Beach, California

2. Electronic monitoring shall cease just prior to Defendant's departure on November 23, 2011 and shall be reinstated following his return to the Bay Area on November 27, 2011, as determined by Pretrial Services.

3. Comply with additional conditions in the minute order.

4. ~~5~~. All other conditions shall remain the same.

Dated: ___November 15___, 2011

_____
United States Magistrate Judge