AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 2252(a)(4)(B) -- Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years prison, $250,000 fine, at least five years up to lifetime supervised release, $100 mandatory special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ANTHONY JOSEF NORRIS

DISTRICT COURT NUMBER
**CR 11 0852 RS**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Lydia Durben

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   OWEN P. MARTIKAN

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
This District on Related Complaint

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year   June 2, 2011

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year   Same

☒ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

MELINDA HAAG (CSBN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11 0852 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture |
| ANTHONY JOSEF NORRIS, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

On or about April 26, 2011, in the Northern District of California, the defendant,

ANTHONY JOSEF NORRIS,

did knowingly possess at least one matter which contained a visual depiction that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, and such depiction was

INFORMATION

1  of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2

3  <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

4  Upon conviction of the offense alleged herein, the defendant,

5  ANTHONY JOSEF NORRIS,

6  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

7  and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

8  property, real or personal, used or intended to be used to commit or promote the commission of

9  the offenses of conviction, including but not limited to the following item that was obtained

10  from the defendant on April 26, 2011: an Apple iMac computer bearing serial number

11  W89142RS0TL1.

12

13  DATED: 11·18·11

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____)
OWEN P. MARTIKAN
Assistant United States Attorney

INFORMATION                    2