GAIL SHIFMAN
ATTORNEY AT LAW
44 Montgomery Street
Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ANTHONY JOSEF NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0852 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| ANTHONY JOSEF NORRIS, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, Owen Martikan, and defendant, by and through his attorney of record, Gail Shifman, hereby stipulate and agree and ask the Court to find as follows:

1.   That the parties are currently scheduled for a sentencing hearing on March 6, 2012. That the pre-sentence investigation has begun and as a part of this process, Defendant seeks to provide the probation department with additional materials, specifically a

psychological report which is anticipated to be
completed within one week, to be included in the draft
Pre-Sentence Report (PSR) allowing the parties to
comment prior to the completion of the final PSR.

2.  That the parties agree that a two-week continuance of
the sentencing hearing date to March 20, 2012 will allow
for the inclusion of this material in the PSR.

3.  That the parties request that the Court vacate the March
6, 2012 sentencing date and continue it until March 20,
2012 at 2:30 p.m.  Probation Officer Charlie Mabie
consents to the new sentencing date.

Dated: January 31, 2012          _____/s/_____
                                 Owen Martikan
                                 Assistant United States Attorney

Dated: January 31, 2012          _____/s/_____
                                 Gail Shifman
                                 Attorney for Defendant Norris

**[PROPOSED] ORDER**

This matter having come before the Court upon the
Stipulation of the parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the March 6, 2012 sentencing
hearing date shall be vacated and continued until March 20, 2012
at 2:30 p.m.

Dated:  _2/1____, 2012           _____
                                 United States District Judge