```
GAIL SHIFMAN
ATTORNEY AT LAW
44 Montgomery Street
Suite 3850
San Francisco, CA  94104
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
ANTHONY JOSEF NORRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 11-0852  RS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| ANTHONY JOSEF NORRIS, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, Owen Martikan, and defendant, by and through his attorney of record, Gail Shifman, hereby stipulate and agree and ask the Court to find as follows:

1. That the parties are currently scheduled for a sentencing hearing on March 20, 2012.  Defense counsel is now scheduled for knee surgery on March 16, 2012 and needs a continuance to permit post-surgery recovery.

2. That the parties agree to a one-week continuance of the sentencing hearing date to March 27, 2012, and request that the Court vacate the March 20, 2012 sentencing date and continue it until March 27, 2012 at 2:30 p.m. Probation Officer Charlie Mabie consents to the new sentencing date.

Dated: March 7, 2012          _____/s/_____
                              Owen Martikan
                              Assistant United States Attorney

Dated: March 7, 2012          _____/s/_____
                              Gail Shifman
                              Attorney for Defendant Norris

## [~~PROPOSED~~] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the March 20, 2012 sentencing hearing date shall be vacated and continued until March 27, 2012 at 2:30 p.m.

Dated: _3/7_____, 2012        _____
                              United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING          2